IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JO ANN HOFFMAN                                                              PLAINTIFF

v.                          Civil No. 06-5073

MAX WILCOX, Commissioner
of Lands, et al.                                                            DEFENDANTS

ORDER

JoAnn Hoffmann submitted this pro se action for filing on April 5, 2006. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint nunc pro tunc to April 5, 2006. The application to proceed *in forma pauperis* is granted. The undersigned will determine at a later time whether the complaint should be served on the defendants.

IT IS SO ORDERED this 26th day of April 2006.

BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 2 6 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO72A
(Rev. 8/82)

Dockets.Justia.com